979 A.2d 841

Rodmen FOSTER, Petitioner

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Respondent.

Supreme Court of Pennsylvania.

Aug. 18, 2009.

## ORDER

PER CURIAM.

AND NOW, this 18th day of August, 2009, Petition for Allowance of Appeal is DENIED, and Application to Withdraw as Counsel is DISMISSED AS MOOT.

979 A.2d 841

William E. NEAL, Petitioner

v.

COMMONWEALTH of Pennsylvania, David A. Varano, Lynne Abraham, Respondents.

No. 96 EM 2009.

Supreme Court of Pennsylvania.

Aug. 18, 2009.

## ORDER

PER CURIAM.

AND NOW, this 18th day of August, 2009, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of *Habeas Corpus* is DENIED.